IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

| | |
|---|---|
| In the Matter of: | } |
| | } Case No. 12-33146 |
| Frank Howard | } |
| Glenco Howard | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

**Response to Notice of Final Cure Payment and Reinstated on Secured Claim Number 14 of HFC As Assigned to Caliber Loans**

Comes now the undersigned attorney of record and hereby moves this Honorable Court to and as grounds for such state as follows:

1. The debtor filed Chapter 13 on November 29, 2012. The Chapter 13 plan was confirmed on February 11, 2013, and the final payment under Debtor(s) confirmed plan has been made.

2. Upon the timely payment of Debtor(s) final payment, the Debtor moves the Court for an Order Declaring Debtors Current and reinstated on the debt owed to HFC. Upon the final payment, the Debtors will have substantially complied with the Order Confirming Plan and any Orders Modifying the Plan.

3. The Debtor was in arrears at the time the plan was filed and the plan was brought current in the bankruptcy action. The Debtor made all payments during the bankruptcy, even though the creditor is saying the debtor is $424.87 in arrears. The loan with HFC was transferred to Caliber Loans and the creditor has failed to credit the January, 2013, payment in the amount of $229.00 paid to HFC and has failed to credit the November and December payments, which were made. The Debtor has Regions Bank running a trace on the payments for November and December; however the Debtor has already received a copy of the January 2013 payment. The Debtor states tgat he made all other payments, as they came due, as reflected by the records of Caliber Loans.

4. Accordingly, the Debtor(s) move the Court to declare the account of HFC to be current and reinstated, and all arrearages, if any, shall be deemed to be paid in full, and this creditor shall be forever barred pursuant to 11 USC 105(a), 524, and 1328 from seeking to collect any indebtedness stemming from the course of the bankruptcy proceeding, including, but not limited to: late penalties or fees, post petition attorney fees and costs of collection not approved by the Court, and miscalculated interest due to misapplication of payments from the Trustee.

Respectfully submitted,

/s/ Richard D. Shinbaum ASB-8638-B54R
*Richard D. Shinbaum*

*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day March 6, 2018.

Chapter 13 Trustee, Sabrina McKinney

Bankruptcy Administrator, Teresa Jacobs

Stephen Bugalrila
Attorney for Caliber Loans
2311 Highland Ave South
Birmingham, AL 35205