UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 12–33146
  Chapter 13
Frank Howard and Glenco Howard,

  Debtors.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on March 26, 2018 at 09:00 AM

to consider and act upon the following:

Response to Notice of Final Cure Payment Rule 3002.1 (Claim # 14 (U.S. BANK TRUST, N.A., AS TRUSTEE)) with Certificate of Service Filed by Creditor U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust filed by Stephen Bulgarella on behalf of U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust. (Bulgarella, Stephen)

*85* – Response filed by Richard D. Shinbaum on behalf of Frank Howard, Glenco Howard (RE: related document(s)doc Response to Notice of Final Cure Payment Rule 3002.1 filed by Creditor U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust). (Shinbaum, Richard)

Dated March 8, 2018

Juan–Carlos Guerrero
Clerk of Court